UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| CRYSTAL LEE, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 5:13-cv-756-DAE |
| | § | |
| PORTFOLIO RECOVERY | § | |
| ASSOCIATES, LLC, | § | |
| | § | |
| Defendant. | § | |

## JOINT ADR REPORT

Pursuant to Local Rule CV-88(b) and this Court's Scheduling Order, Crystal Lee ("Plaintiff") and Portfolio Recovery Associates, LLC ("Defendant") submit this ADR Report.

Status of Settlement Negotiations. The Parties are engaged in settlement negotiations. The parties are amenable to mediate the claims made the basis of this action and any related claims.

Identity of Persons Responsible for Settlement Negotiations for Each Party. Keith Wier is responsible for settlement negotiations on behalf of Defendant.   H. Anthony Herval is responsible for settlement negotiations on behalf of Plaintiff.

Evaluation of Whether ADR is Appropriate in this Case. Plaintiff and Defendant agree that mediation is appropriate in this case, and are in the process of selecting a mediator and time frame for the mediation. The cost of mediation will be split between the Parties.

Certification by Counsel.   By their signatures below, the undersigned counsel certify that they have informed their respective clients of the ADR procedures available in this district.

Dated: November 21, 2013

Respectfully submitted,

BUSH & RAMIREZ, P.L.L.C.

*//s// Keith Wier*
Keith Wier; SBN: 21436100
Fed. ID No. 7930
5615 Kirby Dr., Suite 900
Houston, Texas 77005
(713) 626-1555 Telephone
(713) 622-8077 Telecopier

**ATTORNEY FOR DEFENDANT,
PORTFOLIO RECOVERY ASSOCIATES, LLC**

LAW OFFICE OF H. ANTHONY HERVOL

*//s// H. Anthony Hervol*
H. Anthony Herval
SBN: 00784264
4414 Centerview Drive, Suite 200
San Antonio, Texas 78228
(210) 522-9500 Telephone
(21) 522-0205 Facsimile

**ATTORNEY FOR PLAINTIFF,
CRYSTAL LEE**