UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| CRYSTAL LEE, | § |
| | § |
|     Plaintiffs, | § |
| | § |
| v. | §   Civil Action No. 5:13-cv-756-DAE |
| | § |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | § |
| | § |
|     Defendant. | § |

## JOINT ADVISORY TO THE COURT

**TO THE HONORABLE DAVID A. EZRA, UNITED STATES DISTRICT JUDGE:**

Comes now Crystal Lee, Plaintiff, and Portfolio Recovery Associates, LLC, Defendant, who file this Joint Advisory to the Court concerning the status of this case, and would show the Court the following:

1. Although both parties previously indicated willingness to submit this dispute to mediation in the ADR Report filed herein, the parties have been communicating in an effort to settle this matter without the time and expense of formal mediation. The parties have made substantial progress, and believe the matter can be resolved without formal mediation. However, in the event that parties cannot come to a complete agreement on terms for a settlement, the parties will mediate this dispute before June 30, 2014. In the event the matter is not settled before that date, the parties would then request a trial setting on the merits of the case.

Dated: May 20, 2014

Respectfully submitted,

BUSH & RAMIREZ, P.L.L.C.

*//s// Keith Wier*
Keith Wier; SBN: 21436100
Fed. ID No. 7930
Ed Walton, SBN: 20828550
5615 Kirby Dr., Suite 900
Houston, Texas 77005
(713) 626-1555 Telephone
(713) 622-8077 Telecopier

**ATTORNEY FOR DEFENDANT,
PORTFOLIO RECOVERY ASSOCIATES, LLC**

LAW OFFICE OF H. ANTHONY HERVOL

*//s// H. Anthony Hervol*
H. Anthony Hervol
SBN: 00784264
4414 Centerview Drive, Suite 200
San Antonio, Texas 78228
(210) 522-9500 Telephone
(21) 522-0205 Facsimile

**ATTORNEY FOR PLAINTIFF,
CRYSTAL LEE**